Peter Strojnik
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PETER STROJNIK<br><br>Plaintiff,<br><br>vs.<br><br>VAIL/BEAVER CREEK RESORT PROPERTIES, INC. DBA THE SEASONS AT AVON<br><br>Defendant. | Case No: 1:20-cv-00570-NYW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAY 15 2020<br><br>JEFFREY P. COLWELL<br>CLERK |

PLEASE TAKE NOTICE that Plaintiff dismisses the above cause with prejudice.

RESPECTFULLY SUBMITTED this 12th day of May, 2020.

PETER STROJNIK

*/s/ Peter Strojnik*

Plaintiff

PHOENIX AZ 852

12 MAY 2020 PM 9 L

Peter Strojnik
7847 N Central Avenue
Phoenix, Arizona 85020

United States District Court of Colorado
Alfred A. Arraj United States Courthouse,
Room A105
Clerk's Office
901 19th Street
Denver, CO 80294-3589

80294-250151